Brian D. Johnson #6754
**BRIAN D. JOHNSON, P.C.**
290 25th St, Suite 208
Ogden, UT 84401
(801) 394-2336
Attorney for Debtor(s).

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH NORTHERN DIVISION ||
|---|---|
| In re:   Casandra Romero,<br><br>          Debtor(s). | Case No. 14-31637<br><br>Chapter 13<br><br>Judge Joel T Marker<br><br>(Confirmation 3/12/15) |
| **PRE-CONFIRMATION MOTION TO MODIFY CHAPTER 13 PLAN AND TO CONFIRM SUCH PLAN WITHOUT NOTICE OR HEARING** ||

Under 11 U.S.C. § 1323, the debtors hereby modified the most-recently filed Chapter 13 plan and move the Court for confirmation of the plan as modified without further notice and hearing. In support thereof, the debtors represent as follows:

1. The most recently-filed plan is hereby modified as follows:

| Section | Previously-filed plan provision | Plan as modified |
|---|---|---|
| 6g | Quick Loan – Household Goods, all gone, no value – estimated claim amount $263.00 | Quick Loan removed from 6g, Quick Loan to be treated as a non-priority, general unsecured claim in the amount of $739.00. |
|  |  |  |

2. The modification does not negatively impact secured, priority, or non-priority unsecured creditors because [select one or both if applicable]: ___ the modification only increases the monthly payment so that the plan pays all provided-for claims

within 60 months; and/or ____ the modification only increases the return to non-priority unsecured claims to satisfy the requirements of § 1325.

3. Under § 1323(c), any holder of a secured claim that has accepted or rejected the prior plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

Therefore, because the modification does not require notice to creditors, the debtor requests the Court to confirm the plan as modified without further notice or hearing.

Dated this 9th day of March, 2015.

                                                                  /s/Brian D. Johnson
                                                                  Brian D. Johnson,
                                                                  Counsel for Debtor(s).

Approved as to form:

_[signature]_ Manager
Quick Loan
3-9-15

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served electronically to all parties entitled to receive CM/ECF notice in this case.